■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND E. HILL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—burglary, second degree.) Present—Dillon, P. J., Callahan, Denman, Balio and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK PRIAL, Appellant.—Judgment unanimously affirmed *(see, People v Reid,* 140 AD2d 639, *lv denied* 72 NY2d 961; *People v Bethea,* 133 AD2d 836, *lv denied* 70 NY2d 929; *People v Peralta,* 127 AD2d 803, *lv denied* 69 NY2d 953). (Appeal from judgment of Cattaraugus County Court, Kelly, J.—sexual abuse, first degree.) Present—Dillon, P. J., Callahan, Denman, Balio and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEANNIE SHAWN VERDESIA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—violation of probation.) Present—Dillon, P. J., Callahan, Denman, Balio and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BOUVIER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—violation of probation.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN K. MACK, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: As the prosecutor concedes, the sentence, insofar as it imposed two fines, was illegal *(see,* Penal Law § 80.15). We modify the judgment of conviction, therefore, by vacating the imposition of both fines and remit the matter to the sentencing court for the imposition of a single fine, if any, that the court may deem appropriate. (Appeal from judgment of Supreme Court, Erie County, Rossetti, J.—driving while ability impaired.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.